

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00466-CR

**IN RE** Isidro **RAMOS**, III

Original Mandamus Proceeding[1]

## ORDER

On September 17, 2020, relator filed a petition for writ of mandamus and a motion for leave to file his petition. Because relator has obtained the requested relief, the petition for writ of mandamus is dismissed as moot. *See* TEX. R. APP. P. 52.8(a). Relator's request to file a petition for writ of mandamus is denied as moot.

It is so **ORDERED** on October 21, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CR-9685, styled *State of Texas v. Isidro Ramos, III*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Melissa Skinner presiding.